1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  ELLINOR R. CODER, CA 258258
   Special Assistant United States Attorney
5         160 Spear Street, Suite 800
          San Francisco, California 94105
6         Telephone: (510) 970-4814
          Facsimile: (415) 744-0134
7         E-Mail: Ellinor.Coder@ssa.gov
   Attorneys for Defendant
8

9
                   UNITED STATES DISTRICT COURT
10
                 EASTERN DISTRICT OF CALIFORNIA
11

12

13  WILLIAM JOHN MCMILLEN IV,          ) Case No.: 1:21-cv-00722-EPG
                                        )
14         Plaintiff,                   ) ORDER RE: STIPULATION TO
                                        ) VOLUNTARY REMAND PURSUANT TO
       v.                               ) SENTENCE FOUR OF 42 U.S.C. § 405(g)
15                                      ) AND TO ENTRY OF JUDGMENT
    KILOLO KIJAKAZI,                    )
16  Acting Commissioner of Social Security, ) (ECF No. 13).
                                        )
17         Defendant.                   )
                                        )
18                                      )

19

20         IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo

21  Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned

22  counsel of record, that the above-entitled action shall be remanded to the Commissioner of

23  Social Security for further administrative proceedings.

24         Upon remand, the Appeals Council will remand the case to an Administrative Law Judge

25  (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record.  The parties

26  further request that the Court direct the Clerk of the Court to enter a final judgment in favor of

27  Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

28

1      This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the

2   Social Security Act, 42 U.S.C. 405(g).

3

4   Dated:  September 19, 2022                    */s/  Omar Ortega**
                                                    OMAR ORTEGA
5                                                   Attorney for Plaintiff
                                                    *Authorized via e-mail on September 19, 2022
6
                                                    PHILLIP A. TALBERT
7                                                   United States Attorney
                                                    MATHEW W. PILE
8                                                   Associate General Counsel
                                                    Social Security Administration
9
10                                    By:      /s/ *Ellinor R. Coder*
                                                    ELLINOR R. CODER
11                                                  Special Assistant United States Attorney

12                                                  Attorneys for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 13), IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.  The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant, and to close this case.

IT IS SO ORDERED.

Dated:     **September 21, 2022**            /s/ Erica  P.  Grosjean
UNITED STATES MAGISTRATE JUDGE