PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ELLINOR CODER, CA 258258
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (510) 970-4814
     Facsimile: (415) 744-0134
     E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHN MCMILLEN IV,<br><br>     Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>     Defendant. | Case No.: 1:21-cv-00722-EPG<br><br>ORDER RE: STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(ECF No. 17). |

     IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount $6,341.87 (SIX THOUSAND THREE HUNDRED FORTY-ONE dollars and EIGHTY-SEVEN cents) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of $402.00 (FOUR HUNDRED AND TWO dollars and NO cents) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with

28 U.S.C. §§ 1920; 2412(d).  In consideration of this stipulation, Plaintiff agrees to withdraw as moot his Motion for Attorney Fees (Doc. 16).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel Eddy Pierre Pierre, if any.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor any assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel Eddy Pierre Pierre, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may have relating to EAJA attorney fees or costs in connection with this action.

This award is without prejudice to the rights of counsel and/or counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Date: December 21, 2022

/s/ *Omar Ortega**
OMAR ORTEGA, Esq.
(as authorized by email on Dec. 21, 2022)
Attorney for Plaintiff

//
//
//
//
//
//

2

Date: December 21, 2022

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

*/s/ Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant United States Attorney
Social Security Administration
Attorney for Defendant

<u>ORDER</u>

Based upon the parties' stipulation (ECF No. 17), IT IS ORDERED that fees and expenses in the amount of $6,341.87 as authorized by 28 U.S.C. § 2412, and costs in the amount of $402.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the stipulation. Further, the Clerk of Court is directed to terminate Plaintiff's pending motion for attorney fees (ECF No. 16).

IT IS SO ORDERED.

Dated:   **December 21, 2022**          /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE